IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Criminal Action No. 08-118 M ) ) |
| JIMMY LEE PIERCE, | ) ) |
| Defendant. | ) |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   \_\_\_\_ Crime of violence (18 U.S.C. § 3156)

   \_\_\_\_ Maximum sentence life imprisonment or death

   \_\_x\_\_ 10+ year drug offense

   \_\_\_\_ Felony, with two prior convictions in above categories

   \_\_\_\_ Minor victim

   \_\_\_\_ Possession/ use of firearm, destructive device or other dangerous weapon

   \_\_\_\_ Failure to register under 18 U.S.C. § 2250

   \_\_x\_\_ Serious risk defendant will flee

   \_\_\_\_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   \_\_x\_\_ Defendant's appearance as required

   __x__ Safety of any other person and the community

   3. **Rebuttable Presumption**. The United States **will** invoke the rebuttable presumption against defendant under § 3142(e). The presumption applies because:

    __x__ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense with minor victim

    ____ Previous conviction for "eligible" offense committed while on pretrial bond

   4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ____ At first appearance

    __X__ After continuance of __3__ days (not more than 3).

   5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    1. At the time the offense was committed the defendant was:

     ____ (a) on release pending trial for a felony;

     ____ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

     ____ (c) on probation or parole for an offense.

   ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this <u>16th</u> day of <u>July</u>_____, 2008.

                            Respectfully submitted,

                            COLM F. CONNOLLY
                            United States Attorney

BY: _____
      Shannon T. Hanson
      Assistant United States Attorney