IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-126 |
| | ) | |
| JIMMY LEE PIERCE, | ) | |
| | ) | |
| Defendant. | ) | |

## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count One

On or about July 15, 2008, in the District of Delaware, JIMMY LEE PIERCE, defendant herein, did knowingly possess with the intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

### NOTICE OF FORFEITURE

Upon conviction of the controlled substance offense alleged in Count One of this Indictment, defendant, Jimmy Lee Pierce, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the said violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the violation, including but not limited to the following:

A. CURRENCY

Approximately $23,000 in United States currency.

B. SUBSTITUTE ASSETS

If the above-described forfeitable property, as a result of any act or omission of the defendants:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third party;

(3) has been placed beyond the jurisdiction of the court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney

Dated: August 14, 2008