UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  )
)
          Plaintiff )
) Cr. No. CR08-126-JJF
    v. )
)
Jimmy Lee Pierce )
)
          Defendant )

**ORDER**

This 28th day of August, the defendant having entered a plea of not guilty to the Indictment, pretrial motions shall be due within ten (10) days, that is on or before September 12, 2008. Any request for additional time to file pretrial motions must be filed in writing with the District Court Judge to whom this case has been assigned.

                                                          _____
                                                          Mary Pat Thynge
                                                          UNITED STATES MAGISTRATE JUDGE

cc: Defense Counsel
     United States Attorney

FILED

AUG 28 2008

U.S DISTRICT COURT
DISTRICT OF DELAWARE